IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES McCONICO, JR.,              )<br>                                    )<br>    Petitioner,                    )<br>                                    )<br>    v.                              )<br>                                    )<br> ALABAMA BOARD OF PARDONS &         )<br> PAROLES, et al.,                   )<br>                                    )<br>    Respondents.                    ) | CIVIL ACTION NO.<br>2:23cv163-MHT<br>(WO) |

OPINION AND ORDER

This case is before the court on the recommendation of the United States Magistrate Judge that it be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1631. Also before the court is petitioner's objection to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is ORDERED as follows:

    **(1) The objection (Doc. 13) is overruled.**

    **(2) The magistrate judge's recommendation (Doc. 12) is adopted.**

    **(3) This case is transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1631.**

    **(4) All pending motions are left for resolution by the transferee court.**

    **The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.**

    **This case is closed in this court.**

    **DONE, this the 14th day of June, 2023.**

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**